# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SWINDELL,<br><br>    Petitioner,<br><br>v.<br><br>TERRI GONZALEZ, Acting Warden,<br><br>    Respondent. | Case No. CV 10-4865 CAS(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: March 2, 2011

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE